**TITLE 140 BUREAU OF MOTOR VEHICLES**

**Emergency Rule**
LSA Document #23-365(E)

DIGEST

Temporarily amends 140 IAC 6-1-2, 140 IAC 7-1.1-1, and 140 IAC 7-1.1-3 concerning the issuance of driver's licenses, permits, identification cards, registrations, and certificates of titles for motor vehicles. Statutory authority: IC 9-14-8-3; IC 9-14-8-3.5. Effective May 5, 2023.

SECTION 1. *[140 IAC 6-1-2]* **(a) An individual's information and Social Security number presented to the bureau must match the information that the Social Security Administration has in its records for the Social Security number. An individual who is not a United States citizen must show proof of current lawful status or having been granted parole as defined in IC 9-13-2-121.5 in the United States by presenting sufficient evidence showing the individual meets the requirements of:**
   **(1) IC 9-24-9-2.5 for a driver's license; or**
   **(2) IC 9-24-16-3.5(1) for an identification card.**

   **(b) An applicant who purchased a vehicle and is unable to obtain a properly executed title for a vehicle that is valued at five thousand dollars ($5,000) or less may obtain a title by presenting all of the following items:**
   **(1) A valid bill of sale.**
   **(2) An affidavit of ownership on the bureau's designated form.**
   **(3) A letter requesting the registered owner/seller to provide the signed title to the purchaser. The letter must have been:**
      **(A) sent to the seller by registered mail at the seller's last known address; and**
      **(B) returned to the sender unopened and marked as being unclaimed.**
   **(4) A vehicle inspection, if required under IC 9-17-2-12.**
   **(5) A lien release, if necessary.**
   **(6) An odometer statement, if required under IC 9-17-2-6.**
**The bureau will issue a new title to the applicant if the bureau determines that sufficient credible evidence exists to substantiate the applicant's claim of ownership.**

   SECTION 2. *[140 IAC 7-1.1-1]* **(a) The definitions in this SECTION apply throughout this article.**

   **(b) "Bureau" has the meaning set forth in IC 9-13-2-16.**

   **(c) "CDL applicant" means any person requesting a CDL, or renewal, reinstatement, or requalification thereof.**

   **(d) "CDL learner's permit" or "CLP" has the meaning set forth in 49 CFR 383.5*.**

   **(e) "CDL skills test" means the bureau, or a certified CDL skills test examiner, administered examination of a CDL or CDL endorsement applicant's skills as required by 49 CFR 383*.**

   **(f) "Certified CDL skills test examiner" means a person who the bureau certifies and authorizes to administer a driving skills test to any applicant for a CDL.**

   **(g) "Class" means group as set forth in 49 CFR 383.91*.**

   **(h) "Commercial driver's license" or "CDL" has the meaning set forth in 49 CFR 383.5*.**

   **(i) "Commercial motor vehicle" or "CMV" has the meaning set forth in 49 CFR 383.5*.**

   **(j) "Commission" has the meaning set forth in IC 9-13-2-32.**

   **(k) "Commissioner" has the meaning set forth in IC 9-13-2-33.**

   **(l) "Core knowledge exam" means a written test designed to verify the applicant's knowledge in the operation of a CMV as required by 49 CFR 383*.**

**(m) "Disqualification"** means any of the following actions:
**(1)** The suspension, revocation, or cancellation of a CDL by the state or jurisdiction of issuance. A disqualification will be considered a suspension action when a person with a CDL is prohibited from operating a CMV for a determinate period of time due to the person having:
   **(A)** been convicted; or
   **(B)** refused to submit to a certified chemical test.
**(2)** Any withdrawal of a person's privileges to drive a CMV by the state or other jurisdiction as a result of a violation of state or local law relating to motor vehicle traffic control, other than:
   **(A)** parking;
   **(B)** vehicle weight; or
   **(C)** vehicle defect;
violations.
**(3)** A determination by the Federal Motor Carrier Safety Administration or the state that a person:
   **(A)** is not qualified to operate a CMV under 49 CFR Part 391*; or
   **(B)** has committed an action that requires disqualification pursuant to 49 CFR 383*.

**(n) "Driver's license"** has the meaning set forth in IC 9-13-2-48.

**(o) "Endorsement"** has the meaning set forth in 49 CFR 383.5*.

**(p) "Endorsement knowledge test"** means a test designed to verify the applicant's knowledge in the operation of a specific type of CMV as required by 49 CFR 383*.

**(q) "Full legal name"** means, pursuant to 6 CFR 37.3*, an individual's:
**(1)** first name;
**(2)** middle name or names; and
**(3)** last name or surname;
without the use of initials or nicknames.

**(r) "Gross combination weight rating"** or **"GCWR"** has the meaning set forth in 49 CFR 383.5*.

**(s) "Gross vehicle weight rating"** or **"GVWR"** has the meaning set forth in 49 CFR 383.5*.

**(t) "Incapacitated person"** means an individual who:
**(1)** because of insanity, mental illness, mental deficiency, physical illness, or infirmity is unable to:
   **(A)** manage, in whole or in part, the individual's property; or
   **(B)** provide self-care;
or both; or
**(2)** has a developmental disability as defined in IC 12-7-2-61.

**(u) "License branch"** means the commission's branch offices authorized to perform the functions and conduct the transactions pursuant to IC 9-14.1.

**(v) "Mobile home"** has the meaning set forth in IC 9-13-2-103.2.

**(w) "Motorcycle"** has the meaning set forth in IC 9-13-2-108.

**(x) "Motorcycle learner's permit"** means a bureau issued permit that entitles a person to operate a motorcycle on Indiana highways subject to Indiana laws and regulations.

**(y) "Motorcycle license endorsement"** means an authorization placed on an existing driver's license that authorizes a person to operate a motorcycle on Indiana highways.

**(z) "Motorcycle operational skills test"** means the bureau approved standardized driving skills examination given by a state driver examiner or an approved examiner to determine whether a student has sufficient physical and mental ability to operate a motorcycle properly to qualify for a motorcycle license or motorcycle endorsement.

**(aa) "Operator's license"** means the driver's license issued under IC 9-24-3.

    **(bb)** "Person" has the meaning set forth in IC 9-13-2-124.

    **(cc)** "Qualified jurisdiction" means a country specified in 49 CFR 383.23(b)(1)(n.1)*.

    **(dd)** "Residence" has the meaning set forth in IC 3-5-2-42.5.

    **(ee)** "Resident" has the meaning set forth in IC 9-13-2-78.

    **(ff)** "State" has the meaning set forth in IC 9-13-2-173.

    **(gg)** "State driver examiner" means a commission designated person whose duties include the administration of driving skills tests on the commission's behalf.

    **(hh)** "Visual screening" means an eye screening that the bureau administers to:
    (1) license;
    (2) permit; and
    (3) endorsement;
applicants.

    *These documents are incorporated by reference. Copies may be obtained from the Government Printing Office, 732 North Capitol Street NW, Washington, D.C. 20401 or are available for review and copying at the Indiana Bureau of Motor Vehicles, Indiana Government Center North, Fourth Floor, 100 North Senate Avenue, Indianapolis, Indiana 46204.

    SECTION 3. *[140 IAC 7-1.1-3]* **(a)** Each applicant for an initial, renewed, and amended driver's license and identification card must submit qualified documents or information, or both, to the bureau to prove the applicant's identity, lawful status in the United States (U.S.) except for individuals granted parole as defined in IC 9-13-2-121.5, residence address, and Social Security number (SSN) or that the applicant does not qualify for an SSN, and that the applicant is an Indiana resident. An applicant for an initial driver's license includes an applicant who held an Indiana driver's license or identification card, became a non-Indiana resident, and then reestablished Indiana residency. For some requirements, the bureau may allow applicants to use one (1) or more qualified documents to satisfy more than one (1) of the requirements in this SECTION. A U.S. citizen, as verified through bureau records or the applicant's documents, who applies for a renewed, replacement, or amended driver's license or identification card and who otherwise qualifies for a driver's license or identification card but does not comply with the documentation requirements in this SECTION may receive a driver's license or identification card with a notation that the driver's license or identification card may not be accepted for federal identification purposes. The bureau will only allow an applicant's documents to serve as proof for the applicable requirement in this SECTION if the documents meet the following requirements:
    (1) Must be unaltered and valid original documents or certified facsimiles from the issuing agency.
    (2) Must be:
      (A) in the English language; or
      (B) presented with a verifiably accurate English translation of the document.

    **(b)** All applicants for an initial, renewed, or amended Indiana driver's license or identification card must comply with the requirements in this subsection one (1) time, except for non-U.S. citizens, as verified through bureau records or the applicant's documents, who must comply with the requirements in this subsection each time the applicant applies for an initial, renewed, or amended Indiana driver's license or identification card. An individual who has been granted parole as defined in IC 9-13-2-121.5, as verified through bureau records or the applicant's documents, may apply for an initial, renewed, or amended Indiana driver's license or identification card and must comply with the requirements in subjection (f) each time the applicant applies for an initial, renewed, or amended Indiana driver's license or identification card. This subsection does not apply to a U.S. citizen, as verified through bureau records or the applicant's documents, who applies for a renewed or amended driver's license or identification card with a notation that the driver's license or identification card may not be accepted for federal identification purposes. An applicant must show proof of the following:
    (1) Identity, which includes full legal name and date of birth, by presenting one (1) of the following
      documents:
      (A) An unexpired U.S. passport or U.S. passport card.
      (B) A certified birth certificate, and, if applicable, a certified amended birth certificate showing a
        change in name, date of birth, or gender, filed with a state office of vital statistics or equivalent

  state entity, in the applicant's state of birth.
  (C) A Consular Report of Birth Abroad issued by the U.S. State Department (Form FS-240, Form DS-1350, or Form FS-545).
  (D) An unexpired U.S. Department of Homeland Security (DHS) or U.S. Immigration and Naturalization Service (INS) issued Permanent Resident Card (Form I-551) for those individuals whose authorized admittance and lawful status can be verified by the DHS.
  (E) An unexpired DHS issued Employment Authorization Document (Form I-766) for those individuals whose authorized admittance and lawful status can be verified by the DHS.
  (F) An unexpired foreign passport with an unexpired U.S. visa accompanied by the approved I-94 form documenting either the applicant's most recent admittance into the U.S. or current status, or an unexpired foreign passport without a U.S. visa, for those individuals whose authorized admittance and lawful status can be verified by the DHS.
  (G) A DHS issued Certificate of Naturalization (Form N-550 or Form N-570) for those individuals whose authorized admittance and lawful status can be verified by the DHS.
  (H) A DHS issued Certificate of Citizenship (Form N-560 or Form N-561) for those individuals whose authorized admittance and lawful status can be verified by the DHS.
  (I) Non-U.S. citizens, as verified through bureau records or the applicant's documents, who have complied with the requirements in this subsection at least one (1) time and thereafter received an Indiana driver's license or identification card may use the Indiana driver's license or identification card for proof of identity.
  (J) Other documents that a U.S. federal agency issued to show identity if the bureau can verify that the document's information is accurate.
  (K) An applicant whose full legal name, date of birth, or gender was changed and is different than how the corresponding information appears in any of the documents delineated in clauses (A) through (J) must show proof of the change by presenting additional documents supporting the change, which include:
    (i) a marriage certificate;
    (ii) a divorce decree;
    (iii) a court order approving a name change or a date of birth change;
    (iv) a certified amended birth certificate for a gender change; or
    (v) a physician's signed and dated statement that "(insert applicant's name) successfully underwent all treatment necessary to permanently change (insert applicant's name) gender from (insert prior gender) to (insert new gender).".
(2) Lawful status in the U.S. by presenting:
  (A) one (1) of the documents delineated in subdivision (1)(A) through (1)(H);
  (B) a Notice of Action (Form I-797) document, if the bureau can verify that the DHS received it and has not denied action, and documents that a U.S. federal agency issued to show lawful status that pertain to the applicant's Notice of Action;
  (C) proof of application for asylum in the United States (Form I-589) for those individuals whose authorized admittance and lawful status can be verified by the DHS; or
  (D) other documents that a U.S. federal agency issued to show lawful status if the bureau can verify that the document's information is accurate and the person has lawful status in the U.S.
(3) Being an Indiana resident and of the applicant's residence address, which may not be a post office box, by submitting the bureau's form entitled "Indiana Residency Affidavit" by the following:
  (A) An applicant who is an incapacitated person. A person who:
    (i) is the applicant's legal guardian or caregiver;
    (ii) is at least eighteen (18) years of age; and
    (iii) resides with the applicant;
  must sign the form at a license branch. The legal guardian or caregiver must show proof of identity by providing one (1) document from the list in subdivision (1), proof of residence address by providing two (2) documents from the list in subdivision (4), providing information detailing their relationship to the applicant, providing the guardianship documents if applicable, and presenting a valid Indiana driver's license or identification card.
  (B) Homeless applicants without a residence address. The applicant must provide a letter from the government entity or not-for-profit organization on its letterhead containing the entity or organization's name, address, and telephone number, and the legal representative's name, signature, and signature date. The legal representative must state in the letter that the entity or organization provides services to the applicant and will accept delivery of mail for the applicant.
  (C) Applicants who are unable to comply with the requirements in clause (A), (B), (D), or (E). A person with whom the applicant resides must:
    (i) sign the form at a license branch at the time of the application; and

    **(ii) present:**
      **(AA) a valid Indiana driver's license or identification card displaying their current residential address;**
      **(BB) proof of identity by providing one (1) document from the list in subdivision (1); and**
      **(CC) proof of residence address by providing two (2) documents from the list in subdivision (4).**
  **(D) An applicant who resides in a motor vehicle, including, but not limited to, a mobile home or motor home. Another person who is an Indiana resident with a residence address must:**
    **(i) sign the form and attest that the applicant may use the person's residence address for record purposes; and**
    **(ii) show proof of residence address by providing two (2) documents from the list provided in subdivision (4).**
  **The applicant must provide proof of paying Indiana income taxes for the current year or immediately prior year, and have current motor vehicle title and registration records with the bureau.**
  **(E) Applicants with rural route mail delivery addresses. Each of these applicants must also provide a properly certified government issued document containing the applicant's name and description of the residence's location.**
**(4) Being an Indiana resident and of the applicant's residence address, which may not be a post office box, by submitting two (2) documents showing proof of being an Indiana resident and two (2) documents showing the applicant's residence address. Qualifying documents include the following:**
  **(A) A U.S. Postal Service change of address confirmation (Form CNL107) containing the applicant's old and new addresses.**
  **(B) A survey of the applicant's Indiana property produced by a licensed surveyor containing the applicant's name and residence address.**
  **(C) An Indiana voter registration card.**
  **(D) A utility company, credit card, doctor, or hospital bill:**
    **(i) issued within sixty (60) days of the application date; and**
    **(ii) containing the applicant's name and residence address.**
  **(E) A residence mortgage or similar loan contract, or lease or rental contract, containing:**
    **(i) the applicant's name and residence address; and**
    **(ii) signatures from the parties needed to execute the agreement.**
  **(F) A bank statement or bank transaction receipt, dated within sixty (60) days of the application date, containing the:**
    **(i) bank's name and mailing address; and**
    **(ii) applicant's name and residence address.**
  **(G) A current motor vehicle loan payment book for a motor vehicle registered in the applicant's name, and containing the applicant's name and residence address.**
  **(H) A current valid homeowner's, renter's, or car insurance policy dated within one (1) year of the application date, containing the applicant's name and residence address.**
  **(I) A W-2 Form, property tax or excise tax bill, or Social Security Administration (SSA) or other pension or retirement annual benefits summary statement, dated with the current or immediately prior year, containing the applicant's name and residence address.**
  **(J) A preprinted pay stub, dated within sixty (60) days of the application date, containing the:**
    **(i) employer's name and address; and**
    **(ii) applicant's name and residence address.**
  **(K) An Indiana family and social services administration issued child support check stub, or Medicaid or Medicare benefit statement, dated within sixty (60) days of the application date, containing the applicant's name and address.**
  **(L) A valid Indiana handgun permit containing the applicant's:**
    **(i) name;**
    **(ii) signature;**
    **(iii) residence address; and**
    **(iv) date of birth.**
  **(M) First-class mail from any federal or state court or agency, dated within sixty (60) days of the application date, containing the applicant's name and residence address.**
  **(N) Public or private school records indicating an enrolled student's name and residence address.**
  **(O) Participants in the Indiana attorney general's address confidentiality program may use a post office box address and must present a valid active identification card issued to the applicant under IC 5-26.5.**
**(5) Having a valid SSN or that the person does not qualify for an SSN by presenting documentation establishing that the person is not authorized to work in the United States. The applicant's SSN**

    documentation presented to the bureau must match the information that the SSA has in its records for the SSN. The following documents, containing the applicant's name and SSN, qualify to show proof of having a valid SSN:
      (A) SSA issued Social Security card.
      (B) A W-2 form.
      (C) A Form 1099.
      (D) A preprinted pay stub containing the employer's name.

    (c) Subject to the requirements in subsection (b), to receive a replacement or renewed Indiana driver's license or identification card, an applicant must do the following:
    (1) Verify that the applicant's:
      (A) full legal name;
      (B) date of birth;
      (C) SSN; and
      (D) residence address;
    are current, accurate, and match the information existing in the bureau's records.
    (2) Applicants without an SSN must present documentation evidencing that they are not authorized to work in the United States.

    (d) Subject to the requirements in subsection (b) or (f), to receive an amended Indiana driver's license or identification card an applicant must do the following:
    (1) Provide the applicant's existing driver's license or identification card, or verify that the applicant's:
      (A) full legal name;
      (B) date of birth;
      (C) SSN; and
      (D) residence address;
    are current, accurate, and match the information existing in the bureau's records.
    (2) Applicants without an SSN must present documentation evidencing that they are not authorized to work in the United States.
    (3) Present qualified documentation as proof for the requested change as follows:
      (A) To show proof of the applicant's new full legal name, the applicant must submit one (1) of the following documents:
        (i) An unexpired U.S. passport or U.S. passport card.
        (ii) A certified birth certificate, and, if applicable, a certified amended birth certificate showing a change in name, date of birth, or gender, filed with a state office of vital statistics or equivalent state entity, in the applicant's state of birth.
        (iii) A Consular Report of Birth Abroad issued by the U.S. State Department (Form FS-240, Form DS-1350, or Form FS-545).
        (iv) An unexpired U.S. Department of Homeland Security (DHS) or U.S. Immigration and Naturalization Service (INS) issued Permanent Resident Card (Form I-551).
        (v) An unexpired DHS issued Employment Authorization Document (Form I-766).
        (vi) An unexpired foreign passport with an unexpired U.S. visa accompanied by the approved I-94 form documenting either the applicant's most recent admittance into the U.S. or current status, or an unexpired foreign passport without a U.S. visa for those individuals whose authorized admittance and status can be verified by the DHS.
        (vii) A DHS issued Certificate of Naturalization (Form N-550 or Form N-570).
        (viii) A DHS issued Certificate of Citizenship (Form N-560 or Form N-561).
        (ix) Other documents that a U.S. federal agency issued to show identity if the bureau can verify that the document's information is accurate.
        (x) A marriage certificate.
        (xi) A divorce decree.
        (xii) Adoption papers.
        (xiii) A court ordered name change.
      (B) To show proof of the applicant's amended date of birth, the applicant must submit one (1) of the following documents:
        (i) A certified amended birth certificate.
        (ii) A court ordered date of birth change.
      (C) To show proof of the applicant's gender change, the applicant must submit one (1) of the following documents:
        (i) A certified amended birth certificate.
        (ii) A physician's signed and dated statement that "(insert applicant's name) successfully

      **underwent all treatment necessary to permanently change (insert applicant's name) gender from (insert prior gender) to (insert new gender).".**
    **(D) To show proof of the applicant's new residence address, the applicant must submit the Indiana residency affidavit pursuant to subsection (b)(3), or two (2) of the documents from the list in subsection (b)(4).**
    **(E) To show proof of the applicant's new SSN, the applicant must present one (1) of the documents from the list in subsection (b)(5) containing the applicant's new SSN.**

    (e) An applicant may petition the commissioner or the commissioner's designee to accept reasonable, authentic, and verifiable alternative documents upon the applicant proving that the applicant is reasonably unable to meet the requirements in this SECTION. However, non-U.S. citizens, as verified through bureau records or the applicant's documents, may not use alternate documents to demonstrate lawful status or evidence of having been granted parole as defined in IC 9-13-2-121.5.

    (f) An individual who has been granted parole as defined in IC 9-13-2-121.5, as verified through bureau records or the applicant's documents, may apply for an initial, renewed, or amended Indiana driver's license or identification card and must show proof of the following:
  **(1) Identity, which includes full legal name and date of birth, by presenting one (1) of the following documents:**
    **(A) An unexpired DHS issued Employment Authorization Document (Form I-766).**
    **(B) An unexpired foreign passport with an unexpired U.S. visa accompanied by the approved I-94 form documenting either the applicant's most recent parole into the U.S. or current status, or an unexpired foreign passport without a U.S. visa, for those individuals who can be verified by the DHS.**
    **(C) Individuals who have complied with the requirements in this subsection at least one (1) time and thereafter received an Indiana driver's license or identification card may use the Indiana driver's license or identification card for proof of identity.**
    **(D) Other documents that a U.S. federal agency issued to show identity if the bureau can verify that the document's information is accurate.**
    **(E) An applicant whose full legal name, date of birth, or gender was changed and is different than how the corresponding information appears in any of the documents delineated in clauses (A) through (J)** *[sic, clauses (A) through (D)]* **must show proof of the change by presenting additional documents supporting the change, which include:**
      **(i) a marriage certificate;**
      **(ii) a divorce decree;**
      **(iii) a court order approving a name change or a date of birth change;**
      **(iv) a certified amended birth certificate issued by a United States jurisdiction for a gender change; or**
      **(v) a physician's signed and dated statement that "(insert applicant's name) successfully underwent all treatment necessary to permanently change (insert applicant's name) gender from (insert prior gender) to (insert new gender).".**
  **(2) Evidence of having been granted parole as defined in IC 9-13-2-121.5.**
  **(3) Being an Indiana resident and of the applicant's residence address, which may not be a post office box, by submitting the bureau's form entitled "Indiana Residency Affidavit" by the following:**
    **(A) An applicant who is an incapacitated person. A person who:**
      **(i) is the applicant's legal guardian or caregiver;**
      **(ii) is at least eighteen (18) years of age; and**
      **(iii) resides with the applicant;**
    **must sign the form at a license branch. The legal guardian or caregiver must show proof of identity by providing one (1) document from the list in subdivision (1), proof of residence address by providing two (2) documents from the list in subdivision (4), providing information detailing their relationship to the applicant, providing the guardianship documents if applicable, and presenting a valid Indiana driver's license or identification card.**
    **(B) Homeless applicants without a residence address. The applicant must provide a letter from the government entity or not-for-profit organization on its letterhead containing the entity or organization's name, address, and telephone number, and the legal representative's name, signature, and signature date. The legal representative must state in the letter that the entity or organization provides services to the applicant and will accept delivery of mail for the applicant.**
    **(C) Applicants who are unable to comply with the requirements in clause (A), (B), (D), or (E). A person with whom the applicant resides must:**
      **(i) sign the form at a license branch at the time of the application; and**

      **(ii) present:**
        **(AA) a valid Indiana driver's license or identification card displaying their current residential address;**
        **(BB) proof of identity by providing one (1) document from the list in subdivision (1); and**
        **(CC) proof of residence address by providing two (2) documents from the list in subdivision (4).**
    **(D) An applicant who resides in a motor vehicle, including, but not limited to, a mobile home or motor home. Another person who is an Indiana resident with a residence address must:**
      **(i) sign the form and attest that the applicant may use the person's residence address for record purposes; and**
      **(ii) show proof of residence address by providing two (2) documents from the list provided in subdivision (4).**
    **The applicant must provide proof of paying Indiana income taxes for the current year or immediately prior year, and have current motor vehicle title and registration records with the bureau.**
    **(E) Applicants with rural route mail delivery addresses. Each of these applicants must also provide a properly certified government issued document containing the applicant's name and description of the residence's location.**
  **(4) Being an Indiana resident and of the applicant's residence address, which may not be a post office box, by submitting two (2) documents showing proof of being an Indiana resident and two (2) documents showing the applicant's residence address. Qualifying documents include the following:**
    **(A) A U.S. Postal Service change of address confirmation (Form CNL107) containing the applicant's old and new addresses.**
    **(B) A survey of the applicant's Indiana property produced by a licensed surveyor containing the applicant's name and residence address.**
    **(C) An Indiana voter registration card.**
    **(D) A utility company, credit card, doctor, or hospital bill:**
      **(i) issued within sixty (60) days of the application date; and**
      **(ii) containing the applicant's name and residence address.**
    **(E) A residence mortgage or similar loan contract, or lease or rental contract, containing:**
      **(i) the applicant's name and residence address; and**
      **(ii) signatures from the parties needed to execute the agreement.**
    **(F) A bank statement or bank transaction receipt, dated within sixty (60) days of the application date, containing the:**
      **(i) bank's name and mailing address; and**
      **(ii) applicant's name and residence address.**
    **(G) A current motor vehicle loan payment book for a motor vehicle registered in the applicant's name, and containing the applicant's name and residence address.**
    **(H) A current valid homeowner's, renter's, or car insurance policy dated within one (1) year of the application date, containing the applicant's name and residence address.**
    **(I) A W-2 Form, property tax or excise tax bill, or Social Security Administration (SSA) or other pension or retirement annual benefits summary statement, dated with the current or immediately prior year, containing the applicant's name and residence address.**
    **(J) A preprinted pay stub, dated within sixty (60) days of the application date, containing the:**
      **(i) employer's name and address; and**
      **(ii) applicant's name and residence address.**
    **(K) An Indiana family and social services administration issued child support check stub, or Medicaid or Medicare benefit statement, dated within sixty (60) days of the application date, containing the applicant's name and address.**
    **(L) A valid Indiana handgun permit containing the applicant's:**
      **(i) name;**
      **(ii) signature;**
      **(iii) residence address; and**
      **(iv) date of birth.**
    **(M) First-class mail from any federal or state court or agency, dated within sixty (60) days of the application date, containing the applicant's name and residence address.**
    **(N) Public or private school records indicating an enrolled student's name and residence address.**
    **(O) Participants in the Indiana attorney general's address confidentiality program may use a post office box address and must present a valid active identification card issued to the applicant under IC 5-26.5.**
  **(5) Having a valid SSN or that the person does not qualify for an SSN by presenting documentation establishing that the person is not authorized to work in the United States. The applicant's SSN**

    **documentation presented to the bureau must match the information that the SSA has in its records for the SSN. The following documents, containing the applicant's name and SSN, qualify to show proof of having a valid SSN:**
      **(A) SSA issued Social Security card.**
      **(B) A W-2 form.**
      **(C) A Form 1099.**
      **(D) A preprinted pay stub containing the employer's name.**

*LSA Document #23-365(E)*
*Filed with Publisher: May 5, 2023, 3:32 p.m.*


*Posted: 05/10/2023 by Legislative Services Agency*
An [html](#) version of this document.