

U.S. DEPARTMENT OF HOMELAND SECURITY
PAROLED
54252
Until: Mar 1. 3025
Purpose: HAP
A-#
MAR 0 3 2023   PEV 1200
(Date)   (Location)   (Officer)
DEPARTMENT OF HOMELAND SECURITY