

# STATE OF INDIANA

Eric J. Holcomb, Governor

Joe B. Hoage, Commissioner
Bureau of Motor Vehicles
100 North Senate Avenue
Indianapolis, Indiana 46204
888-692-6841

8/4/2023

JEFFESON ST. HILAIRE

Dear JEFFSON ST-HILAIRE:

The Indiana Bureau of Motor Vehicles (BMV) has submitted your information to the United States Customs and Immigration Services (USCIS), Systematic Alien Verification for Entitlements (SAVE) program for lawful status verification.

Unfortunately, parolee status is not one of the lawful statuses covered by the REAL ID Act. House Enrolled Act 1050, which was enacted in 2023, expanded eligibility for credentials to individuals who have been paroled into the United States, if their temporary legal presence was granted under 8 U.S.C. 1182(d)(5) and if the individual "is a citizen or national of Ukraine or last was a habitual resident of Ukraine; and meets the criteria established under Section 401(a) of the Additional Ukraine Supplemental Appropriations Act (Public Law 117-128) as in effect on January 1, 2023." Ind. Code 9-13-2-121.5.

We are unable to issue the credential for which you applied because you do not meet the eligibility requirements of either the REAL ID Act or House Enrolled Act 1050 (2023). As a result, your interim credential is no longer valid.

This is considered an agency action by the Bureau of Motor Vehicles. This action is appealable to an administrative law judge from the State of Indiana Office of Administrative Law Proceedings.

Should you wish to request review of this agency action, please do one of the following:

1) go online to https://www.in.gov/oalp/ and complete a Petition for Review.
2) mail your request to:
   Office of Administrative Law Proceedings
   100 N. Senate Avenue Suite N802
   Indianapolis, IN 46204

A Petition for Review must be filed no later than eighteen (18) days from the date of this letter.

Sincerely,

Indiana Bureau of Motor Vehicles

UID: 43950489



Indiana
A State that Works

An Equal Opportunity Employer