For: **MERLANGE MEME**



**Most Recent I-94**

**Admission (I-94) Record Number :** ▮

**Most Recent Date of Entry:** 2023 January 30

**Class of Admission :** HHP

**Admit Until Date :** 01/28/2025

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | MEME |
| First (Given) Name : | MERLANGE |
| Birth Date : | 1992 ▮ |
| Document Number : | R▮ |
| Country of Citizenship : | Haiti |

[Get Travel History]

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

 **For: EVENKS MEME**



## Most Recent I-94

**Admission (I-94) Record Number :** ▓▓▓▓
**Most Recent Date of Entry:** 2023 January 30
**Class of Admission :** HHP
**Admit Until Date :** 01/28/2025
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | MEME |
| First (Given) Name : | EVENKS |
| Birth Date : | 1987▓▓▓ |
| Document Number : | R▓▓▓ |
| Country of Citizenship : | Haiti |

[Get Travel History]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

 For: **NADEGE JEAN MARIE**



## Most Recent I-94

**Admission (I-94) Record Number :** ▮

**Most Recent Date of Entry:** 2023 January 30

**Class of Admission :** HHP

**Admit Until Date :** 01/28/2025

**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | JEAN MARIE |
| First (Given) Name : | NADEGE |
| Birth Date : | 1987 ▮ |
| Document Number : | R▮ |
| Country of Citizenship : | Haiti |

[Get Travel History]

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms

 For: L▮▮▮▮ M▮▮▮▮



## Most Recent I-94

**Admission (I-94) Record Number :** ▮▮▮▮▮▮▮
**Most Recent Date of Entry:** 2023 January 30
**Class of Admission :** HHP
**Admit Until Date :** 01/28/2025
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | M▮▮▮ |
| First (Given) Name : | L▮▮▮ |
| Birth Date : | 2014 ▮▮▮ |
| Document Number : | R▮▮▮▮ |
| Country of Citizenship : | Haiti |

[Get Travel History]

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2023

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

Privacy - Terms