IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFSON ST-HILAIRE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-cv-01505-TWP-TAB |
| COMMISSIONER OF THE INDIANA BUREAU OF MOTOR VEHICLES, in his official capacity, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

**COME NOW** all parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to the dismissal of this cause, with prejudice and with each party to bear their own attorneys' fees and costs except as otherwise agreed.

**WHEREFORE,** the parties respectfully stipulate to the dismissal of this cause, with prejudice and with each party to bear their own attorneys' fees and costs except as otherwise agreed, and request all proper relief.

*For the plaintiff:*

/s/ Gavin M. Rose
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN  46202

*For the defendant:*

/s/ James A. Barta (with permission)
James A. Barta
Office of the Indiana Attorney General
IGCS – Fifth Floor
302 W. Washington St.
Indianapolis, IN  46204